130 P.3d 1079

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Scheller v. Scheller ............................... 26809    03/24/2006    Vacated, remanded & affirmed

State v. Kaahanui ................................. 26390    03/29/2006    Affirmed

Queen v. Robinson ................................ 26092    03/31/2006    Vacated & remanded